IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS ALONSO,

    Plaintiff,

v.     2:16-cv-00903-MV-SMV

JULIE BARHAM, personally,
STATE OF NEW MEXICO, ex rel.
CHILDREN YOUTH AND FAMILIES DEPARTMENT

    Defendants.

## STIPULATED ORDER GRANTING TEMPORARY STAY

THIS MATTER having come before the Court upon Defendant Julie Barham's Motion to Stay ("Motion") [Doc. 20]; the parties having conferred since the filing of the Motion; hereby agree to a temporary stay of this matter for sixty (60) days.  After the expiration of the sixty day period, the Court will hold a status conference to determine if a further stay is appropriate.  With the entry of this Order, none of the parties waive their rights or arguments regarding staying this Matter.

    IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**APPROVED BY:**

/s/ Meena H. Allen
Meena H. Allen
*Attorney for Julie Barham*

/s/Michael Stout
Doug Perrin                                    /s/Bryan Evans
Michael Stout                                  Bryan Evans
*Attorneys for Plaintiff*                      *Attorney for CYFD*