IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS ALONSO,

    Plaintiff,

v.                                                                                  No. 16-cv-0903 MV/SMV

**JULIE BARHAM and**
**CHILDREN, YOUTH AND FAMILIES**
**DEPARTMENT,**

    Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. Discovery in this matter is stayed.[1] Counsel for Defendant Barham must file a status report no later than **December 31, 2018**, updating the Court on the status of the related criminal proceedings.

**IT IS SO ORDERED.**

                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**

---

[1] On November 4, 2016, Defendant Barham requested that the Court stay discovery proceedings in this case because her underlying criminal case had been stayed after she filed a "Notice of Inability to Proceed to Trial Due to Incompetency of Defendant Due to Medical Conditions and Notice of Diminished Capacity." [Docs. 20, 20-1]. The request was unopposed, and the Court stayed proceedings for 60 days. [Doc. 21]. The Court extended the stay for another 90 days on Defendant Barham's second unopposed request. [Doc. 24]. On May 12, 2017, the Court granted Defendant Barham's motion for a continued stay because her criminal proceedings remain stayed pending resolution of her claim of incompetency. [Doc. 35].