IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS ALONSO,

    Plaintiff,

v.   No. 16-cv-0903 MV/SMV

JULIE BARHAM and
CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

    Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. Discovery in this matter is stayed until further order of the Court. [Doc. 35] at 1. Plaintiff moved to lift the stay on January 11, 2019. [Doc. 41]. Defendant Children, Youth and Families Department responded on January 28, 2019, [Doc. 44], and Defendant Barham responded on February 1, 2019. [Doc. 45]. Both Defendants cite Defendant Barham's alleged incompetence to stand trial in a related state criminal case as a reason to continue the stay. *See* [Doc. 44] at 2; [Doc. 45] at 1–3. In Defendant Barham's Response, she stated that "[a] status hearing on the competency issue [in state court] is scheduled for **February 19, 2019**." [Doc. 45] at 1. Counsel for Defendant Barham must therefore file a thorough and detailed status report no later than **February 21, 2019,** stating the results of the status hearing and/or whether Defendant Barham is still considered incompetent to stand trial in New Mexico state court.

    **IT IS SO ORDERED.**

                                    **STEPHAN M. VIDMAR**
                                    **United States Magistrate Judge**