IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS ALONSO,

    Plaintiff,

v.                                    No. 2:16-cv-00903-KWR-SMV

JULIE BARHAM and
CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

    Defendants.

## FINAL ORDER

In a Memorandum Opinion and Order entered concurrently herewith, the Court has adopted the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 80] to dismiss this action without prejudice for lack of prosecution.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE